2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 16-70110-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Joseph V Feather, Jr.
123 N DAKOTA LN
Claysburg PA 16625

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/15/2019.

Name and Address of Alleged Transferor(s):

Claim No. 2: LSF8 Master Participation Trust, 13801 Wireless Way, Oklahoma City, Oklahoma 73134-2500

Name and Address of Transferee:

Goldman Sachs Mortgage Company
C/O Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/18/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 16-70110-JAD
Joseph V Feather, Jr.                                                   Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: nsha            Page 1 of 1              Date Rcvd: Jan 16, 2019
                              Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2019.
14255201         LSF8 Master Participation Trust,    13801 Wireless Way,    Oklahoma City, Oklahoma    73134-2500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 15, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com
              Lawrence W. Willis    on behalf of Debtor Joseph V Feather, Jr. ecf@westernpabankruptcy.com,
               urfreshstrt@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Richard M. Squire    on behalf of Creditor    LSF8 Master Participation Trust
               lcolwell@squirelaw.com, kdiskin@squirelaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5