**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JOSEPH V FEATHER JR.

             Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
          Movant
        vs.
No Respondents.

Case No.:16-70110 JAD

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

    **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 25, 2021

/s/  Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 02/19/2016  and confirmed on 4/28/16 .  The case was subsequently          Completed After Confirmation

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 60,000.00 |
| Less Refunds to Debtor | 162.63 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,837.37 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 9,750.00 | |
| Trustee Fee | 2,889.00 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 12,639.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| GOLDMAN SACHS MORTGAGE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3942 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 17,669.09 | 17,669.09 | 0.00 | 17,669.09 |
| Acct: 3942 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 0.00 | 27,619.27 | 0.00 | 27,619.27 |
| Acct: 3942 | | | | |
| GOLDMAN SACHS MORTGAGE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3942 | | | | |
| | | | | 45,288.36 |
| **Priority** | | | | |
| LAWRENCE W WILLIS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH V FEATHER JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JOSEPH V FEATHER JR. | 162.63 | 162.63 | 0.00 | 0.00 |
| Acct: | | | | |
| WILLIS & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LAWRENCE W WILLIS ESQ | 6,750.00 | 6,750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4-18 | | | | |
| INTERNAL REVENUE SERVICE* | 12.54 | 12.54 | 0.00 | 12.54 |
| Acct: 5341 | | | | |
| | | | | 12.54 |
| **Unsecured** | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: DXXX | | | | |
| CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 1,897.47 | 1,897.47 | 0.00 | 1,897.47 |

16-70110 JAD                                                                      Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 5341 | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5342 | | | | |
| PHELAN HALLINAN DIAMOND & JONES LI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,897.47 |

TOTAL PAID TO CREDITORS                                                              47,198.37

TOTAL CLAIMED
PRIORITY            12.54
SECURED        17,669.09
UNSECURED       1,897.47


Date: 05/25/2021                               /s/ Ronda J. Winnecour

                                               RONDA J WINNECOUR PA ID #30399
                                               CHAPTER 13 TRUSTEE WD PA
                                               600 GRANT STREET
                                               SUITE 3250 US STEEL TWR
                                               PITTSBURGH, PA  15219
                                               (412) 471-5566
                                               cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    JOSEPH V FEATHER JR.

        Debtor(s)

    Ronda J. Winnecour
        Movant
        vs.
    No Repondents.

Case No.:16-70110 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                            Case No. 16-70110-JAD

Joseph V Feather, Jr.                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: jfur | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: pdf900 | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph V Feather, Jr., 123 N DAKOTA LN, Claysburg, PA 16625-9507 |
| cr | + | LSF8 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14181205 | + | AAS Debt Recovery, Po Box 129, Monroeville, PA 15146-0129 |
| 14181207 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, COLLECTION SERVICE CENTE, PO BOX 14931, Pittsburgh, PA 15234 |
| 14979137 | + | Goldman Sachs Mortgage Company, C/O Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 14255201 | | LSF8 Master Participation Trust, 13801 Wireless Way, Oklahoma City, Oklahoma 73134-2500 |
| 14181211 | | Phelan Hallinan LLP, Adam Davis Esq, 1617 JKF Blvd Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14181206 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | May 29 2021 01:47:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14181208 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 29 2021 01:46:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 14181209 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 29 2021 00:50:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14181210 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2021 00:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Goldman Sachs Mortgage Company |
| cr | | Legacy Mortgage Asset Trust 2019-GS3 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0315-7                           User: jfur                              Page 2 of 2
Date Rcvd: May 28, 2021                        Form ID: pdf900                         Total Noticed: 11

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**
**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2021 at the address(es) listed below:**

**Name**                              **Email Address**

Brian Nicholas
                        on behalf of Creditor Legacy Mortgage Asset Trust 2019-GS3 bnicholas@kmllawgroup.com

Brian Nicholas
                        on behalf of Creditor LSF8 Master Participation Trust bnicholas@kmllawgroup.com

Brian Nicholas
                        on behalf of Creditor Goldman Sachs Mortgage Company bnicholas@kmllawgroup.com

Lawrence W. Willis
                        on behalf of Debtor Joseph V Feather  Jr. ecf@westernpabankruptcy.com,
                        urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Office of the United States Trustee
                        ustpregion03.pi.ecf@usdoj.gov

Richard M. Squire
                        on behalf of Creditor LSF8 Master Participation Trust lcolwell@squirelaw.com  kdiskin@squirelaw.com

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

TOTAL: 7